UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAMES FISHER,

    Petitioner,

v.                                                                        Case No. 3:22-cv-1418-TJC-MCR

SIMON C. TULLY,

    Respondent.

## O R D E R

This case is before the Court on pro se Petitioner James Fisher's Motion to Proceed In Forma Pauperis (Doc. 2). On January 4, 2023, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 3) recommending that the motion be denied and this case be dismissed without prejudice. No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b). Upon de novo review of the file and for the reasons stated in the Report and Recommendation (Doc. 3), it is hereby

**ORDERED:**

    1.    The Report and Recommendation of the Magistrate Judge (Doc. 3) is **ADOPTED** as the opinion of the Court.

2. Petitioner's Motion to Proceed In Forma Pauperis (Doc. 2) is **DENIED**. This case is **DISMISSED without prejudice**.

3. The Clerk shall terminate any pending motions and deadlines and close the file.

**DONE AND ORDERED** in Jacksonville, Florida the 6th day of February, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

rmv
Copies to:

Honorable Monte C. Richardson
United States Magistrate Judge

Pro se Petitioner

Counsel of record